

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-18-00239-CR

PETER J. FLORES                                                 APPELLANT

V.

THE STATE OF TEXAS                                                    STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 4 OF TARRANT COUNTY
TRIAL COURT NO. 1520365D

----------

## MEMORANDUM OPINION[1]

----------

Through a plea-bargain agreement, the trial court convicted appellant Peter J. Flores of evading arrest in a vehicle and sentenced him to three years' confinement. The trial court signed a certification stating that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2). Nonetheless, Flores filed a notice of appeal.

---

[1]*See* Tex. R. App. P. 47.4.

We sent Flores a letter stating that we received the certification and the notice of appeal and informing him that unless he filed a response showing grounds for continuing the appeal, we would dismiss it. *See* Tex. R. App. P. 25.2(a)(2), (d), 44.3. His response does not show grounds for continuing the appeal. Accordingly, because we have not received a certification showing that Flores has the right to appeal his plea-bargained conviction or sentence, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006); *Serrell v. State*, No. 02-16-00219-CR, 2016 WL 6648757, at *1 (Tex. App.—Fort Worth Nov. 10, 2016, no pet.) (mem. op., not designated for publication).

/s/ Wade Birdwell
WADE BIRDWELL
JUSTICE

PANEL: SUDDERTH, C.J.; WALKER and BIRDWELL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: July 12, 2018

2